IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

Eastern District of Kentucky
**FILED**

AUG 2 1 2007

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

| | |
|---|---|
| THE WAGNER-SMITH COMPANY | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| LIBERTY MUTUAL | ) |
| INSURANCE COMPANY | ) |
| | ) |
| Defendant | ) |
| | ) |

CASE NO. 2:07-CV-00053-DLB
*Electronically Filed*

**AGREED ORDER OF DISMISSAL**

*** *** *** ***

Come the Plaintiff, The Wagner-Smith Company, by counsel, and the Defendant, Liberty

Mutual Insurance Company, by counsel, and hereby agree to entry of the following Order;

**IT IS HEREBY ORDERED** that the Complaint filed herein by the Plaintiff, The

Wagner-Smith Company, against the Defendant, Liberty Mutual Insurance Company, be and is

hereby dismissed with prejudice as settled, each party to bear its own costs.   **That any and all**
**pending motions are hereby denied as moot.**

This 21st day of August, 2007.



Signed By:
David L. Bunning
United States District Judge

1

HAVE SEEN AND AGREED:

/s/ Richard W. Miller
Richard W. Miller
Scott H. Murphy
Miller Law Firm, P.C.
4310 Madison Avenue
Kansas City, MO  64111

And

William W. Allen
wallen@gmalaw.com
Gess Mattingly & Atchison, P.S.C.
201 West Short Street
Lexington, Kentucky  40507
*Counsel for Plaintiff,*
*The Wagner-Smith Company*

/s/ G. Bruce Stigger
G. Bruce Stigger
Thomas E. Crafton
Alber Crafton, PSC
Hurstbourne Place, Suite 1300
9300 Shelbyville Road
Louisville, KY 40222
*Counsel for Defendant,*
*Liberty Mutual Insurance Company*